■ YVONNE M. QUIGLEY, Respondent, v AVNET, INC., Doing Business as HAMILTON AVNET ELECTRONICS, et al., Appellants. —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeals from Order of Supreme Court, Monroe County, Cornelius, J.—Dismiss Complaint.) Present—Denman, P. J., Green, Lawton, Fallon and Doerr, JJ.

■ WILLIAM D. HUBER, Appellant, v MARINE MIDLAND BANK, N. A., et al., Respondents.—Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Denman, P. J., Green, Lawton, Fallon and Doerr, JJ.